UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FTL APPAREL, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>SHIPPING & TRANSIT LLC,<br><br>   Defendant. | Case No. 16-cv-01453-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 16 |

  Pursuant to the Stipulation of Dismissal With Prejudice (Dkt. No. 16), **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case.

Dated: May 17, 2016



WILLIAM H. ORRICK
United States District Judge